MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

ROGER DINH (NYBN 4979274)
Special Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Roger.Dinh@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 14-CR-00117 JST |
|     Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |
|     v. | |
| JOEL MANUEL TAYLOR<br>    a/k/a Joel Fears,<br>    a/k/a Joe Taylor, | |
|     Defendant. | |

    On May 9, 2014, the parties appeared before this Court for a status conference. With the agreement of the parties, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A), and (h)(7)(B)(iv) from May 9, 2014 to June 13, 2014.

    The parties agreed to the exclusion of time under the Speedy Trial Act to allow effective preparation of counsel, to obtain medical records, conduct evaluations and continue its investigation. For that reason, time is excludable pursuant to 18 U.S.C. § 3161 (h)(7)(A), and (h)(7)(B)(iv).

    Given these circumstances, the Court found that the ends of justice served by excluding the period from May 9, 2014 to June 13, 2014 from Speedy Trial Act calculations outweighs the interests of

STIP. REQ. TO EXCLUDE TIME
NO. CR-14-00117 JST

1  the public and the defendant to a speedy trial in accordance with 18 U.S.C. § 3161(h)(7)(A), and
2  (h)(7)(B)(iv).

4  DATED: May 19, 2014                                    Respectfully submitted,

6                                                          MELINDA HAAG
                                                           United States Attorney

8  /s/ Jerome Matthews                                    /s/ Roger Dinh
9  JEROME MATTHEWS                                        ROGER DINH
   Attorney for Defendant                                  Special Assistant United States Attorney

### ORDER

Based on the reasons provided in the stipulation of the parties above, with the consent of both parties, the Court orders that the period from May 9, 2014 to June 13, 2014 be excluded from Speedy Trial Act calculations, pursuant to 18 U.S.C. § 3161(h)(7)(A), and (h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: May 19, 2014

_____
HON. JON S. TIGAR
United States District Judge

STIP. REQ. TO EXCLUDE TIME
NO. CR-14-00117 JST