1  MELINDA HAAG (CABN 132612)
United States Attorney
2
J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  ROGER DINH (NYBN 4979274)
Special Assistant United States Attorney
5
    1301 Clay Street, Suite 340S
6      Oakland, California 94612
    Telephone: (510) 637-3680
7      FAX: (510) 637-3724
    Roger.Dinh@usdoj.gov
8
Attorneys for United States of America
9

10                           UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                                 OAKLAND DIVISION

13
UNITED STATES OF AMERICA,    )  NO. 14-CR-00117  JST
14                                    )
    Plaintiff,                         )  **STIPULATION AND ~~PROPOSED~~ ORDER TO**
15                                    )  **CONTINUE CASE AND EXCLUDE TIME**
    v.                                )  **UNDER THE SPEEDY TRIAL ACT**
16                                    )
JOEL MANUEL TAYLOR            )
17     a/k/a Joel Fears,                 )
    a/k/a Joe Taylor,               )
18                                  )
               Defendant.      )
19 _____)

20       IT IS HEREBY STIPULATED, by and between the parties to this action, that the STATUS

21 HEARING date of June 13, 2014 presently scheduled at 9:30 a.m., before the Honorable Jon S. Tigar,

22 be vacated and re-set for July 11, 2014 at 9:30 a.m. for STATUS HEARING.

23       The reason for this request is that the defense counsel has requested additional time to continue

24 to investigate the matter and confer with his client. Further, the defense counsel will be frequently out

25 of the office for medical follow-ups and physical therapy appointments.

26       The parties agree and stipulate to the exclusion of time under the Speedy Trial Act to allow for

27 effective preparation of counsel and continuity of counsel. For those reasons, time is excludable

28 pursuant to 18 U.S.C. § 3161 (h)(7)(A), and (h)(7)(B)(iv).

STIP. REQ. TO CONTINUE AND EXCLUDE TIME
NO. CR-14-00117 JST

1    Given these circumstances, the ends of justice is served by excluding time until July 11, 2014

2 from Speedy Trial Act calculations outweighs the interests of the public and the defendant to a speedy

3 trial in accordance with 18 U.S.C. § 3161(h)(7)(A), and (h)(7)(B)(iv).

5 DATED: June 12, 2014                                    Respectfully submitted,

7                                                                              MELINDA HAAG
                                                                                United States Attorney

9 /s/ Jerome Matthews                                          /s/ Roger Dinh
   JEROME MATTHEWS                                         ROGER DINH
10 Attorney for Defendant                                      Special Assistant United States Attorney

### ORDER

Based on the reasons provided in the stipulation of the parties above, with the consent of both parties, the Court orders that the above-captioned matter be continued to July 11, 2014 at 9:30 a.m., and that time be excluded from the date of this order to July 11, 2014 pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

   IT IS SO ORDERED.

DATED: June 12, 2014

                                                                  _____
                                                                  HON. JON S. TIGAR
                                                                  United States District Judge

STIP. REQ. TO CONTINUE AND EXCLUDE TIME
NO. CR-14-00117 JST