1  MELINDA HAAG (CABN 132612)
   United States Attorney

2

3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division

4  ROGER DINH (NYBN 4979274)
   Special Assistant United States Attorney

5

6          1301 Clay Street, Suite 340S
           Oakland, California 94612
           Telephone: (510) 637-3680
7          FAX: (510) 637-3724
           Roger.Dinh@usdoj.gov

8

9  Attorneys for United States of America

10                          UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                                  OAKLAND DIVISION

13

14  UNITED STATES OF AMERICA,            )   NO. 14-CR-00117  JST
                                         )
15                Plaintiff,             )   **STIPULATION AND ~~PROPOSED~~ ORDER**
                                         )   **TO EXCLUDE TIME UNDER THE**
16          v.                           )   **SPEEDY TRIAL ACT**
                                         )
17  JOEL MANUEL TAYLOR                   )
           a/k/a Joel Fears,             )
18         a/k/a Joe Taylor,             )
                                         )
19                Defendant.             )
                                         )
20  _____ )

21         On July 11, 2014, the parties appeared before this Court for a status conference and this Court

22  ordered that new counsel be appointed.  With the agreement of the parties, the Court enters this order

23  documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A), and

24  (h)(7)(B)(iv) from July 11, 2014 to July 15, 2014.

25         The parties agreed to the exclusion of time under the Speedy Trial Act to allow defendant

26  reasonable time to obtain counsel and for effective preparation of counsel in reviewing discovery and

27  continue its investigation.  For that reason, time is excludable pursuant to 18 U.S.C. § 3161 (h)(7)(A),

28  and (h)(7)(B)(iv).

    STIP. REQ. TO EXCLUDE TIME
    NO. CR-14-00117 JST

1    Given these circumstances, the Court found that the ends of justice served by excluding the

2  period from July 11, 2014 to July 15, 2014 from Speedy Trial Act calculations outweighs the interests of

3  the public and the defendant to a speedy trial in accordance with 18 U.S.C. § 3161(h)(7)(A), and

4  (h)(7)(B)(iv).

5

6  DATED:  July 14, 2014                                    Respectfully submitted,

7

8                                                                        MELINDA HAAG
                                                                          United States Attorney

9

10  /s/ Jerome Matthews                                   /s/ Roger Dinh
   JEROME MATTHEWS                                    ROGER DINH
11  Attorney for Defendant                                Special Assistant United States Attorney

12

13

14                                            **ORDER**

15    Based on the reasons provided in the stipulation of the parties above, with the consent of both

16  parties, the Court orders that the period from July 11, 2014 to July 15, 2014 be excluded from Speedy

17  Trial Act calculations, pursuant to 18 U.S.C. § 3161(h)(7)(A), and (h)(7)(B)(iv).

18

19    IT IS SO ORDERED.

20

21  DATED:  July 15, 2014

22                                                                        HON.  JON S. TIGAR
                                                                          United States District Judge

23

24

25

26

27

28

STIP. REQ. TO EXCLUDE TIME
NO. CR-14-00117 JST