| | |
|---|---|
| 1  MELINDA HAAG (CABN 132612)<br>   United States Attorney<br>2<br>   J. DOUGLAS WILSON (DCBN 412811)<br>3  Chief, Criminal Division<br>4  ROGER DINH (NYBN 4979274)<br>   Special Assistant United States Attorney<br>5<br>      1301 Clay Street, Suite 340S<br>6     Oakland, California 94612<br>      Telephone: (510) 637-3680<br>7     Fax: (510) 637-3724<br>      Roger.Dinh@usdoj.gov<br>8<br>   Attorneys for United States of America<br>9<br>   WINSTON Y. CHAN (CABN 214884)<br>10 CAELI A. HIGNEY (CABN 268644)<br>11    Gibson, Dunn & Crutcher LLP<br>      555 Mission Street, San Francisco, CA 94105-0921<br>12    Telephone: (415) 393-8248<br>      Fax: (415) 374-8431<br>13    CHigney@gibsondunn.com<br>14 Attorneys for Joel Manuel Taylor | **FILED**<br><br>SEP 0 4 2014<br><br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>JOEL MANUEL TAYLOR<br>　　　a/k/a Joel Fears,<br>　　　a/k/a Joe Taylor,<br><br>　　　Defendant. | ) NO. 14-CR-00117 JST<br>)<br>) **STIPULATION AND PROPOSED ORDER TO**<br>) **CONTINUE CASE AND EXCLUDE TIME**<br>) **UNDER THE SPEEDY TRIAL ACT**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

　　　IT IS HEREBY STIPULATED, by and between the parties to this action, that the STATUS HEARING date of September 5, 2014 presently scheduled at 9:30 a.m., before the Honorable Jon S. Tigar, be vacated and re-set for November 21, 2014 at 9:30 a.m. for STATUS HEARING.

STIP. REQ. TO CONTINUE AND EXCLUDE TIME
NO. CR-14-00117 JST

The reason for this request is that defense counsel was only recently appointed on July 15, 2014 and requested additional time to continue to investigate the matter and confer with their client. Further, defense counsel and the government are currently in active plea negotiations and the additional time would provide the newly-appointed defense counsel time to more fully consult with their client about the terms of a potential plea agreement.

The parties agree and stipulate to the exclusion of time under the Speedy Trial Act to allow for effective preparation of counsel and continuity of counsel. For those reasons, time is excludable pursuant to 18 U.S.C. § 3161 (h)(7)(A), and (h)(7)(B)(iv).

Given these circumstances, the ends of justice is served by excluding time until November 21, 2014 from Speedy Trial Act calculations outweighs the interests of the public and the defendant to a speedy trial in accordance with 18 U.S.C. § 3161(h)(7)(A), and (h)(7)(B)(iv).

DATED: September 3, 2014                         Respectfully submitted,

/s/ Caeli A. Higney                              /s/ Roger Dinh
CAELI A. HIGNEY                                  ROGER DINH
                                                 Special Assistant United States Attorney

WINTSON Y. CHAN                                  MELINDA HAAG
Attorneys for Defendant                          United States Attorney

Gibson, Dunn & Crutcher LLP                      1301 Clay Street, Suite 340S
555 Mission Street                               Oakland, California 94612
San Francisco, CA 94105-0921                     Telephone: (510) 637-3680
Telephone: (415) 393-8248                        Fax: (510) 637-3724
Fax: (415) 374-8431                              Roger.Dinh@usdoj.gov
CHigney@gibsondunn.com

# ORDER

Based on the reasons provided in the stipulation of the parties above, with the consent of both parties, the Court orders that the above-captioned matter be continued to November 21, 2014 at 9:30 a.m., and that time be excluded from the date of this order to November 21, 2014 pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 9/4/14, 2014

_____
HON. JON S. TIGAR
United States District Judge