BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

THOMAS R. GREEN (CABN 203480)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, CA 94612
    Telephone: (510) 637-3695
    Fax: (510) 637-3724
    E-Mail: Thomas.Green@usdoj.gov

Attorneys for United States of America

WINSTON Y. CHAN (CABN 214884)
  wchan@gibsondunn.com
CAELI A. HIGNEY (CABN 268644)
  chigney@gibsondunn.com
ELIZABETH S. STEINFELD, *pro hac vice*
  esteinfeld@gibsondunn.com

    Gibson, Dunn & Crutcher LLP
    555 Mission Street, San Francisco, CA 94105-0921
    Telephone: (415) 393-8226
    FAX: (415) 374-8450

Attorneys for Defendant Joel Manuel Taylor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 14-CR-00117  JST |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| JOEL MANUEL TAYLOR<br>    a/k/a Joel Fears,<br>    a/k/a Joe Taylor, | |
| Defendant. | |

1   On November 13, 2015, the parties appeared before the Court for a status conference.  At the
2   status conference the Court ordered that time be excluded, for the reasons stated on the record,
3   including for effective preparation of counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),
4   between November 13, 2015 and December 8, 2015.  With the agreement of the parties, the Court
5   enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. §§
6   3161(h)(7)(A) and (B)(iv), from November 13, 2015 to December 8, 2015.

   The parties agreed and the Court ordered the exclusion of time under the Speedy Trial Act to allow counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, particularly in light of the defendant' prolonged unavailability to meet with defense counsel.  The Court finds that, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), the ends of justice served by excluding the above period of time outweighs the best interest of the public and the defendant in speedy trial.

DATED:  November 18, 2015

Respectfully submitted,

BRIAN J. STRETCH
Acting United States Attorney


/s/ Elizabeth Steinfeld                          /s/ Thomas R. Green
ELIZABETH S. STEINFELD                THOMAS R. GREEN
Attorney for Defendant                       Assistant United States Attorney

**[PROPOSED] ORDER**

Based on the reasons provided in the stipulation of the parties above and the reasons stated on the record at the November 13, 2015 status conference, with the consent of both parties, the Court orders that the period from November 13, 2015 to December 8, 2015 be excluded from Speedy Trial Act calculations, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED:  November 19, 2015

_____
HON. JON S. TIGAR
United States District Court Judge